QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIE McCARTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-04-0471 GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| JULIE McCARTY, ) | Date: May 13, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| _____ ) | |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff United States of America, and defendant, Julie McCarty, through their respective attorneys, that the status conference scheduled for May 13, 2005, may be continued to June 10, 2005, at 9:00 a.m.

　　　The parties have reached a tentative agreement to resolve the case before the magistrate judge with a misdemeanor guilty plea. Accordingly, they seek time to finalize the agreement, reduce it to writing, and to enter the plea. The parties therefore agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act

1  may be excluded from the date of this stipulation through June 10, 2005,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                      Respectfully submitted,

                                      QUIN DENVIR
                                      Federal Defender

Dated: May 9, 2005                    /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for JULIE McCARTY


                                      McGREGOR SCOTT
                                      United States Attorney


Dated: May 9, 2005              By:   /s/ J. Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney


                                    -----

                                  **O R D E R**


    The status conference is continued to June 10, 2005, at 9:00 a.m. and time under the Speedy Trial Act is excluded from the date of this stipulation through June 10, 2005, pursuant to 18 U.S.C. § 3161(h)(1)(A) and (B)(iv)(Local Code T4), for the reasons stated above.
    IT IS SO ORDERED.
Dated:  May 9, 2005

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

2