```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I St., Room 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2751
 5
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,      )   CR. No. S-04-471 GEB
10                                 )
                 Plaintiff,        )
11                                 )   MOTION TO DISMISS INDICTMENT
               v.                  )   AS TO DEFENDANT JULIE McCARTY
12                                 )   AND [PROPOSED] ORDER
    JOSE MANUEL PARRA-ROSALES, and )
13  JULIE NOREEN McCARTY,          )
                                   )
14                                 )
                 Defendants.       )
15  _____)
```

16      Pursuant to Rule 48 of the Federal Rules of Criminal
17 Procedure, Plaintiff, United States of America, by and through its
18 undersigned attorney, moves this Court for an order dismissing the
19 indictment as to defendant Julie Noreen McCarty in Case No. 04-471
20 GEB, filed on December 16, 2004.
21      This motion is made because on August 15, 2005, Chief
22 Magistrate Judge Gregory G. Hollows sentenced the defendant based
23 upon her previous guilty plea to a superseding information
24 charging one misdemeanor violation of Title 8, United States Code
25 § 1324(a)(2)(A) [bringing illegal aliens into the United States].
26 / / /
27 / / /
28 / / /

**1**

Defendant's out-of-custody status does not change because she was sentenced to time served on the misdemeanor violation.

DATE: August 15, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                    By /s/Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney




O R D E R

APPROVED AND SO ORDERED:

Dated:  August 17, 2005


                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

**2**